**FILED**

05/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

CASE NO. DA 24-0113

IN THE MATTER OF THE GUARDIANSHIP OF:

R.S.,

       A Protected Person

DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,
ADULT PROTECTIVE SERVICES

       Petitioner and Appellant,

   v.

LIZA L. DENNEHY, In Her Capacity as Public Administrator of Butte-Silver
Bow County, Montana,

       Respondent and Appellee.

## ORDER TO DISMISS APPEAL

Upon review of the motion by the State of Montana, Department of Public Health and Human Services, Adult Protective Services to dismiss this appeal, and for good cause appearing:

IT IS HEREBY ORDERED, the Appellant's Motion to Dismiss Appeal is GRANTED.

/ / /                                               / / /

1

Electronically signed and dated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2024